RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6120 CR-DIMITROULEAS

18 USC 1542
18 USC 911
18 USC 1621

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

v.

RAQUEL CARY ANN MICHELLE WONG,

Defendant.
_______________________________/




**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about April 4, 2000, at Broward County, in the Southern District of Florida, the defendant,

RAQUEL CARY ANN MICHELLE WONG,

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of



such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that she was born in the U.S. Virgin Islands and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, she was not born in the U.S. Virgin Islands and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

**COUNT II**

On or about April 4, 2000, at Broward County, in the Southern District of Florida, the defendant,

RAQUEL CARY ANN MICHELLE WONG,

an alien, did knowingly and willfully falsely represent herself to be a citizen of the United States, in that she presented a birth certificate from the U.S. Virgin Islands, claiming this to be her own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

**COUNT III**

On or about April 4, 2000, at Broward County, in the Southern District of Florida, the defendant,

RAQUEL CARY ANN MICHELLE WONG,

having duly taken an oath, before Betty Bennett, a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the

provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations she had made on her application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matters which she then and there did not believe to be true, in that she stated under oath as aforesaid that she was born in the U.S. Virgin Islands and was a citizen of the United States, when in truth and in fact and as the defendant then and there well knew, she was not born in the U.S. Virgin Islands and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: RAQUEL CARY ANN MICHELLE WONG No.: ______

**Count #:1**
False Statement in Application for U.S. Passport

Title 18, United States Code, Section 1542

*Max. Penalty: 10 Years' Imprisonment; and a $250,000 fine

**Count #: 2**
False Claim to U.S. Citizenship

Title 18, United States Code, Section 911

*Max. Penalty: 3 Years' Imprisonment; and a $250,000 fine

**Count #: 3**
Perjury

Title 18, United States Code, Section 1621

*Max. Penalty: 5 Years' Imprisonment; and a $250,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:



***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA — CASE NO. ____________

v.

# CERTIFICATE OF TRIAL ATTORNEY*

RAQUEL CARY ANN MICHELLE WONG

**Superseding Case Information:**

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

___ Miami ___ Key West
X FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) NO
List language and/or dialect ____________

4. This case will take 2 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
If yes:
Judge: ____________ Case No. ____________
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) Yes
If yes:
Magistrate Case No. 00-2740-O'Sullivan
Related Miscellaneous numbers: ____________
Defendant(s) in federal custody as of May 8, 2000
Defendant(s) in state custody as of ____________
Rule 20 from the ____________ District of ____________

Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes X No If yes, was it pending in the Central Region? ___ Yes ___ No

Roger W. Powell
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached

REV.4/7/99

*No. fl 04145*

# *UNITED STATES DISTRICT COURT*

**Southern** District of **Florida**

Central Criminal Division

## *THE UNITED STATES OF AMERICA*

*vs.*

RAQUEL CARY ANN MICHELLE WONG

## *INDICTMENT*

18 USC §1542

18 USC §911

18 USC §1621

*A true bill.*

[signature]

*Foreperson*

*Filed in open court this* ____________ *day,*

*of* ____________ *A.D. 19* ______

____________

*Clerk*

*Bail, $* ____________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. [illegible]

UNITED STATES OF AMERICA,

vs.

FILED by ____ D.C.
MAG. SEC
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

[illegible]

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: [illegible]

**DONE AND ORDERED** at Miami, Florida this 11th day of [illegible], 2000.

TAPE NO:00A [illegible]

[illegible]
**UNITED STATES MAGISTRATE JUDGE**
JOHN J. O'SULLIVAN

c: AUSA
Defense Counsel
Pretrial Services
U.S. Marshal
formblan.kor

MAG. SEC.
MAY 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 00-2740-O'SULLIVAN

vs.
RAQUEZ WONG
_______________________/

**ORDER DENYING REQUEST FOR PRE-TRIAL DETENTION**

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:

_____ Personal Surety, unsecured, in the amount of $ 50,000.

_____ Personal Surety in the amount of $ 50,000 with 10% posted with the Clerk of the Court.

_____ Full Cash in the amount of $_______________.

_____ Corporate Surety in the amount of $_______________.

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

**(✓) Surrender all travel documents to Pretrial Services Office.**
**( ) Travel restricted to Southern District of Florida.**
**( ) Report to Pretrial Services 2 times/week in person, 1 times/week by phone.**
**( ) Curfew imposed 7 days a week, from _____ p.m. to _____ a.m.**
**( ) Defendant shall maintain present residence.**
**( ) Refrain from possessing a firearm, destructive device or other dangerous weapons.**
**(✓) Maintain/actively seek full-time gainful employment or educational program.**
**( ) Stay away from commercial transportation facilities or marinas.**
**( ) Electronic monitoring; expenses to be paid by the defendant.**
**(✓) Comply with the following additional special conditions of this bond:** _______________
**If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:** _______________.

DONE AND ORDERED at Miami, Florida this 11th day of MAY 2000.

Tape No:00A- 41-707
c: U.S. Attorney
Defense Counsel
U.S. Pretrial Services

UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. CR - 2740 O'Sullivan

UNITED STATES OF AMERICA,

v.

NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

FILED by [illegible] D.C.
MAGISTRATE
MAY 9 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

RAQUEL WONG

COMES NOW ANDRE PIERRE, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: MAY 9, 2000

Attorney ANDRE PIERRE

Address 6301 Biscayne Blvd., 101

City Miami State FL Zip Code 33138

Telephone (305) 756-5250

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

[signature]

RAQUEL WONG

4/mm

koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. [illegible]

UNITED STATES OF AMERICA

Plaintiff,

v.

RAQUEZ WONG,

Defendant.

FILED by [illegible] D.C.
MAG. SEC.
MAY 9 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER ON INITIAL APPEARANCE

Language English
Tape No. 00A- [illegible]
AUSA [illegible]
Agent State Department

DOB 4/25/74 #60654-004

The above-named defendant having been arrested on 5/8/00 having appeared before the court for initial appearance on 5/9/00 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. [illegible] appeared as permanent/temporary counsel of record.
   Address: [illegible]
   Zip Code: [illegible] Telephone: [illegible]
2. ______ appointed as permanent counsel of record.
   Address: ______
   Zip Code: ______ Telephone: ______
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on ______, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am [illegible], 2000.
5. ~~The defendant is held~~ in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because [illegible]
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am [illegible], 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

______

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: ______
__c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.
__e. Maintain or begin an educational program.
__f. Avoid all contact with victims of or witnesses to the crimes charged.
__g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: ______
__I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminal

3/m

RAQUEZ WONG

___j. Comply with the following additional special conditions of this bond:

This bond was set: At Arrest ___✓___
On Warrant ________
After Hearing ________

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this____ day of ___MAY_______, 2000.

JOHN J. O'SULLIVAN
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
Defendant
Counsel
U.S. Marshal
Pretrial Services/Probation

# United States District Court

FILED by ____ D.C.
MAG SEC
MAY 9 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA MIAMI

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RAQUEL CARY ANN MICHELLE WONG

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 00 2740-O'Sullivan

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 4, 2000, in the Southern District of Florida, the defendant did knowingly and willfully make false statements in an application for a United States passport with the intent to induce and secure its issuance under the authority of the United States, either for her own use or for the use of another, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542; and did falsely and willfully represent herself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

I further state that I am a Special Agent and that this complaint is based on the following facts:

See Attached Affidavit.

Signature of Complainant Christopher James Gillis
SPECIAL AGENT ~~FERNANDO L. CEPEDA~~ CJG
U.S. DEPARTMENT OF STATE

Sworn to before me, and subscribed in my presence,

May 9, 2000 at Miami, Florida
Date City and State

JOHN J.O'SULLIVAN,
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

I, Fernando L. Cepeda, being duly sworn, hereby depose and say that:

1. I am a Special Agent with the Diplomatic Security Service, United States Department of State, and have been so employed for 13 months. I have been trained in the conduct of passport fraud investigations. Previously, I worked in the Commonwealth of Virginia as a Law-Enforcement Officer for 13 years investigating criminal activity. My duties included investigating the use of fraudulent identification cards by underage persons and narcotic traffickers. I make this affidavit based upon my own knowledge and upon information and documents provided to me in my official capacity. Since this document is made for a limited purpose, I have not included all investigative material concerning this investigation.

2. I have been assigned to investigate a complaint of false application for a United States Passport in violation of Title 18, United States Code, Section 1542. On April 4, 2000, Raquel Cary Ann Michelle Wong submitted an application for a U.S. Passport at the U.S. Post Office, Hollywood, Florida, and presented a Virgin Island birth certificate, file number 325-1960, as proof of U.S. citizenship. As proof of identity, Wong presented a Florida drivers license (#W520-721-74-645-0). Subsequently, this affiant was advised by the Office of Passport Services of the U.S. Department of State (Fraud Prevention Unit), Miami Florida, that the birth certificate submitted by Wong was not valid.

3. A verification of birth was made with the Department of Health and Vital Statistics, U.S. Virgin Islands. The verification indicated there was no record of birth in the U.S. Virgin Islands for a Raquel Cary Ann Michelle Wong on April 25, 1974.

4. In view of the foregoing, I submit there is cause to believe that on April 4, 2000, in the Southern District of Florida, Raquel Cary Ann Michelle Wong did willfully and knowingly make a false statement in an application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542 and did falsely represent herself to be a United States citizen, a violation of Title 18, United States Code, Section 911.

Further Affiant Sayeth Naught.

Christopher James ~~Fernando L. Cepeda~~, Special Agent
U.S. Department of State

Sworn to and subscribed before me
this 9th day of May, 2000.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.** 00-2740-O'Sullivan

**UNITED STATES OF AMERICA**

**vs.**

**RAQUEL CARY ANN MICHELLE WONG**
______________________________________/

**CRIMINAL COVER SHEET**

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes _X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes _X___ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: ______________________________

MELISSA DAMIAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number0068063
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9018
FAX (305) 530-7976

N:\udd\vsimmons\complain.cov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

v.

RAQUEL WONG

Defendant

CASE NO. 00-2740-O'Sullivan

REPORT COMMENCING CRIMINAL ACTION

# 60654-004

FILED by D.C.
MAY 9 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 5-8 2000
2. Spoken language: ENGLISH
3. Offense(s) charged: 18 USC 1542 FALSE STATEMENT IN APPLICATION OF PASSPORT
4. U.S. Citizen ☐ YES ☒ NO ☐ UNKNOWN
5. Date of birth: 4 25 74
6. Type of charging document: (Check One)

☐ INDICTMENT ☒ COMPLAINT TO BE FILED/ALREADY FILED

CASE NO. ____________ CASE NO. ____________

DISTRICT: [illegible] (Where warrant or complaint is filed.)

☐ BENCH WARRANT FOR FAILURE TO APPEAR

☐ PROBATION VIOLATION WARRANT

☐ PAROLE VIOLATION WARRANT

COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☐ YES ☒ NO

AMOUNT OF BOND. ____________

WHO SET BOND. ____________

7. REMARKS. ____________

8. DATE: ____________ 9. DSS ARRESTING OFFICER

10. AGENCY: ____________ 11. PHONE NO. 305-536-5781