UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-2740-O'SULLIVAN

UNITED STATES OF AMERICA )
                Plaintiff, )
                           )
vs.                           )
                           )
RAQUEL CARY ANN M. WONG )
                Defendant. )
_____/



### AGREED MOTION FOR MODIFICATION OF BOND

**COMES NOW**, the Defendant, **RAQUEL CARY ANN M. WONG**, by and through her undersigned counsel, hereby files this agreed motion for modification of bond and in support thereof, would state as follows:

1. On Thursday, May 11, 2000, the Court set an individual surety bond for the Defendant in the amount of $50,000 with 10% cash.

2. Proposed sureties, Mr. and Mrs. Butler, are unable to post the bond at this time.

3. In lieu of the Butlers, the Defendant requests that her cousins, Mr. and Mrs. Donavan Smith be the individual sureties.

4. Mr. and Mrs. Donovan are able and willing to post the bond for the defendant.

5. Mr. and Mrs. Donovan own a house in Lauderdale Lakes Florida, 3790 N.W. 25th Street, Lauderdale Lakes, Florida 33311, values at $120,000.



6. Assistant United States Attorney Melissa Damian, Esq., does not oppose of this motion for modification of bond.

**WHEREFORE**, the Defendant prays that this court grant her the agreed motion for modification of bond.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing was sent by U.S. mail this _17_ day of May, 2000 to Melissa Damian, Esq., Assistant United States Attorney, United States Attorney's Office Southern District of Florida, 99 N.E. 4th Street, Miami, Florida 33132.

Respectfully submitted,

Andre D. Pierre, Esquire
Fla. Bar No.:0116858
Offices at Banyan Bay
6301 Biscayne Boulevard
Suite 101
Miami, Florida 33138
(305) 756-5250 telephone
(305) 756-7750 telefacsimile

**Attorney for Defendant**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-2740-O'SULLIVAN

UNITED STATES OF AMERICA )
        Plaintiff,    )
        )
vs.        )
        )
RAQUEL CARY ANN M. WONG )
        Defendant.    )
_____/

### ORDER GRANTING MOTION FOR BOND MODIFICATION

Upon an Agreed Motion filed on May 17, 2000 seeking a bond modification; and sufficient cause appearing therefore, it is;

**ORDERED AND ADJUDGED**, that the relief sought in the agreed motion is hereby **GRANTED**.

The Court finds that the interest of justice is served by granting the Agreed Motion to allow the substitution of bond sureties. Mr. Donavan Smith and his wife Mrs. Kaylin Smith shall be the individual sureties on this bond.

**SO ORDERED** this _____, day of May, 2000 at Miami-Dade, Florida.

                                                                          _____
                                                                          Judge O'Sullivan
                                                                          United States Judge

Assistant United States Attorney and Andre D. Pierre, Esq.