**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-2740-O'SULLIVAN**

UNITED STATES OF AMERICA )
   Plaintiff, )
        )
vs.        )
        )
RAQUEL CARY ANN M. WONG )
   Defendant. )
_____/



### ORDER GRANTING MOTION FOR BOND MODIFICATION

Upon an Agreed Motion filed on May 17, 2000 seeking a bond modification; and sufficient cause appearing therefore, it is;

**ORDERED AND ADJUDGED**, that the relief sought in the agreed motion is hereby **GRANTED**.

The Court finds that the interest of justice is served by granting the Agreed Motion to allow the substitution of bond sureties. Mr. Donavan Smith and his wife Mrs. Kaylin Smith shall be the individual sureties on this bond.

**SO ORDERED** this _18_, day of May, 2000 at Miami-Dade, Florida.

Judge O'Sullivan
United States Judge

Assistant United States Attorney and Andre D. Pierre, Esq.

