## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RAQUEL WONG (8) #60654-004    CASE NO: 00-6120-CR-DIMITROULEAS

AUSA: ROGER POWELL    ATTY: ANDRE PIERRE

AGENT:    VIOL:

PROCEEDING ARRAIGNMENT    RECOMMENDED BOND

BOND HEARING HELD - yes/no    COUNSEL APPOINTED

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person

3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF: June 6  //  BSS

Date: 5/22/00   Time 11:00   FTL/LSS TAPE #00- 025   Begin: 17%   End: 1924

*[FILED by CM, MAY 2 3 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*