UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6120-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

RAQUEL WONG



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: ~~CUSTODY~~ _in find firms_

                      Telephone:_____

DEFENSE COUNSEL:      Name:    ANDRE PIERRE

                      Address:_____

                      Telephone:_____

BOND SET/CONTINUED:   $ _in custody_

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this  22ND  day of    MAY          ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. _____00-C25_____

cc: Copy for Judge
    U. S. Attorney

