| | |
|---|---|
| DEFT: Raquel Wong (no deft ) | CASE NO: 00-6120-CR-Dimitrouleas |
| AUSA: Roger Powell | ATTNY: Andre Pierre |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED |

FILED by _____ D.C.
JUN 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS: - Plea Agreement
- no tapes

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 6-6-00  TIME: 11:00am  TAPE # 00-045  PG # 1725-1800