UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6120-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

RAQUEL WONG,



Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on June 6, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two days to try. The Government, however, believes that this matter will likely be resolved by way of a change of plea.

2. Defense counsel concurred with the Government's assessment. He is awaiting a copy of his client's birth certificate before deciding whether to enter into a plea agreement. Further, counsel informed the Court that he will be moving to continue the trial

1



of this cause.

DATED at Fort Lauderdale, Florida this _____ day of June 2000.

_____
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

Andre Pierre, Esquire
6301 Biscayne Boulevard, Suite 101
Miami, Florida 33138-6279
Attorney for Defendant