F BY _____

90 JUN -3 PM 12:04

CLERUNITED STATES OF AMERICA )
S.D. OF FLA.-FTL     Plaintiff, )
vs.                             )
                                )
RAQUEL CARY ANN M. WONG )
            Defendant.          )
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-2740-O'SULLIVAN

00 CR 6120 -CR
WPD

### MOTION FOR CONTINUANCE

**COMES NOW, DEFENDANT, RAQUEL CARY ANN M. WONG,** by and through her undersigned counsel, hereby files this Motion for Continuance, the reasons for this Motion are the following:

1. The above mentioned cause is scheduled for trial on Monday, June 26, 2000.
2. Counsel is scheduled for trials in the matter of *State v. Sabram Jackson*, case # F99-37585 and in the matter of *State v. Fadoul Mentor*, case # F99-13149 CF.
3. In addition, the undersigned attorney and the government are engaged in good faith discussion in resolving this case without a trial.
4. A plea agreement was submitted to the undersigned counsel and it is being discussed with the client.
5. The Government does not oppose the motion for continuance.

**WHEREFORE,** Defendant respectfully prays this Honorable Court to grant this Motion for Continuance.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent by U.S. mail this June 8, 2000 to Roger Powell, Esq., Assistant United States Attorney, 500 East Broward Boulevard, suite 700, Fort Lauderdale, Florida 33394.

Respectfully submitted,

_____
Andre D. Pierre, Esq.
Fla. Bar No.:0116858
6301 Biscayne Blvd., Suite 101
Miami, Florida 33138
(305) 756-5250 telephone



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-2740-O'SULLIVAN

UNITED STATES OF AMERICA )
           Plaintiff, )
                      )
vs.                          )
                      )
RAQUEL CARY ANN M. WONG )
           Defendant. )
_____/

### ORDER GRANTING MOTION TO CONTINUE TRIAL

**THIS CAUSE** is before the Court on the above-mentioned motion, filed by defendant, **RAQUEL CARY ANN M. WONG,** on June 8, 2000. The Court having considered the motion and being advised by counsel for the government that it does not oppose such motion. Therefore, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued for the two-week calendar of _____, __, 2000, before the Honorable William P. Dimitrouleas, United States District Judge, in Courtroom 203E, 2nd Floor, Federal Courthouse, 299 East Brossard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow for the defendant reasonable time necessary for effective preparation for trial out weighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (06/26/00 to __/__/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this ____ day of June, 2000.

                                              _____
                                              William P. Dimitrouleas,
                                              U. S. DISTRICT JUDGE

Roger W. Powell, AUSA and Andre D. Pierre, Esq.