UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAQUEL CARY ANN M. WONG,

Defendant.
_____/

CASE NO. 99-3-CR-DIMITROULEAS

**O R D E R**

THIS CAUSE having been heard upon Defendant's June 8, 2000 Motion For Continuance, said motion is DENIED, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Roger Powell, USA

Andre D. Pierre, Esquire
6301 Biscayne Boulevard
Suite #101
Miami, Florida 33138

