**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6120-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Judge Seltzer |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RAQUEL CARY ANN M. WONG ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE TO THE
STANDING DISCOVERY ORDER**

**COMES NOW.** Pursuant to the Standing Discovery Order, the Defendant, RAQUEL CARY ANN M. WONG, by and through his undersigned counsel, hereby files her response to the Standing Discovery Order issued in this case.

B.  1. The defendant has no intention of presenting books, papers, documents, photographs or tangible objects as evidence in chief at trial.

2. The defendant has no intention of introducing as evidence in chief at trial any reports of physical or mental examinations and of scientific tests or experiments made in connection with this case.

3. The defendant has no intention of relying upon the defense of insanity. He does not intend to introduce expert testimony relating to a mental disease, defect or any other condition bearing upon the issue of whether he had the mental state required for the offense charged.



JNK:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **00-6148-CR-Dimitrouleas/Snow**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : |
| MICHAEL JOSEPH THOMAS, | : |
| Defendant. | : |

## GOVERNMENT'S RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

- A.  1.  The government is unaware of any written or recorded statements made by the defendant.

    2.  The government is unaware of any oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial.

    3.  No defendant testified before the Grand Jury.

    4.  The NCIC record of the defendant is attached.

    5.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida. Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for June 26, 2000 at 10:00 a.m.



N. The Defendant further demands that the government disclose to defense counsel any and all written summary of testimony the government reasonably expects to offer at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence.

The Defendant is aware of its continuing duty to disclose such information discovered or other material required by the Standing Discovery Order.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by U.S. mail this June 21, 2000 to Roger Powell, Esq., Assistant United States Attorney, 500 East Broward Boulevard, suite 700, Fort Lauderdale, Florida 33394.

Respectfully submitted,

Andre D. Pierre
Fla. Bar No.:0116858
Offices at Banyan Bay
6301 Biscayne Boulevard
Suite 101
Miami, Florida 33138
(305) 756-5250 telephone
(305) 756-7750 telefacsimile