# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6120-CR-WPD   DATE: June 23, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Raquel Wong

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Audre Pierre

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Motion w/ continuance granted. The Court resets trial and finds that the time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 7/7/00   TIME: 9:00   FOR: Cal. Call
MISC: 7/10/00   9:00   Trial period