# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6120-CR    DATE: July 7, 2000

COURTROOM CLERK: Karen A. Carlton / by Amy Jordan    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Racquel Cary Ann Michelle

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Andre Pierre Dong (B)

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: _____

JUDGMENT: _____

CASE CONTINUED TO: July 10, 2000    TIME: 9:00 a.m.    FOR: Jury Trial

MISC: _____