UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6120-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAQUEL WONG,

        Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

**COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorneys, and files its Witness List for Trial in the above styled cause.

1. Ms. Betty Bennett, U.S. Postal Service
2. Ms. Maria Paz, U.S. Department of State, Fraud Program Manager
3. Ms. Melonie Gordon, U.S. Virgin Island, Department of Health, Vital Statistics
4. Special Agent Paul Leonardi, U.S. Immigration & Naturalization Service
5. Special Agent Christopher Gillis, U.S. Department of State

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tele: (954)356-7255; Fax:356-7336

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed this __7TH__ day of **July, 2000** to:

>Mr. Andre D. Pierre, Esq.
>Attorney for Defendant Wong
>6301 Biscayne Boulevard, Suite 101
>Miami, FL 33138

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY