UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6120-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAQUEL WONG,

        Defendant.

_____/



Filed
REC'D by _____ D.C.

'JUL' 1 0 2000

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D OF FLA. - MIAMI

### VOIR DIRE QUESTIONS

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorneys, who respectfully tender the following questions to be asked by this Honorable Court or by the undersigned during the voir dire examination of the jury venire in this case.

The Government also requests that leave be granted to orally tender such supplemental questions as may be necessitated by the answers of the prospective jurors.

### JUROR BACKGROUND - GENERAL

1.    Occupation?  (If retired, pre-retirement occupation?)

2.    For how long have you been in your present job?



3.    Does your current occupation involve any supervisory or
      management responsibilities?

4.    For those of you who are married, what is your spouse's
      occupation?

5.    How many of you have minor children living at home?

6.    What are the ages of your children living at home?

7.    Does anyone in the household, aside from you and your
      spouse, work outside the home?

8.    How many of you have adult children?

9.    What are the occupations of your adult children?

10.   Do any of you know or recognize anyone present in the
      courtroom?

11.   Some people have religious beliefs or other personal
      beliefs which may prevent them from voting as jurors.
      Do any of you have any religious, moral or other
      beliefs which may affect your ability to return a
      verdict in this criminal case?  In other words, is
      there anything that would prevent you from passing
      judgment on another human being?

12.   Have you ever served on a jury in either federal or
      state court?  If so, was it a civil or criminal case?
      Did that jury reach a verdict?

2

## EXPERIENCES WITH LAW ENFORCEMENT/GOVERNMENT

13.   This case initially was investigated by the United
      States Department of State and the United States Postal
      Service.  Have you, or any members of your family, or
      any of your close friends, to the best of your
      knowledge, had any experience with these agencies or
      any agency of the United States government that would
      or could prejudice you either for or against the
      government?

14.   Have you, or anyone you know, ever been arrested?

15.   What was the result?

16.   Do you feel that the person was treated fairly by the
      criminal justice system?

17.   Have you, or anyone you know, ever been charged with a
      crime?  If so, what were the circumstances?

18.   Have you, or anyone you know, been a witness in a
      criminal case or a witness before a grand jury?  What
      were the circumstances?

19.   Have you, or anyone you know, ever been investigated
      for any crime?

20.   Has any experience with local, state or federal law
      enforcement officers left you with bad feelings about
      law enforcement officers?

21.   Have any of you, or your family members, ever been a

victim of a crime?

22.    What were the circumstances?

23.    Was the offender caught?

24.    Was the case prosecuted?

25.    What was the result?

26.    Were you satisfied with the result?

27.    Does everyone here believe that any person who involves himself in a criminal endeavor should be held responsible for his actions?

28.    Have you now, or do you expect to have, a case against or a claim against or a dispute with the United States government?  If so, anything about that matter that you found upsetting or troubling in any way?

29.    Do any of your relatives or close friends have now, or expect to have, a case against or dispute with the United States?  If so, what are the circumstances?

30.    How many of have served in the military?

31.    Have you or any friend or relative ever been subject to a court-martial proceeding?

32.    Have you or any friend or relative ever been discharged from the military other than honorably?

33.    Have you or any of your relatives or friends ever had any unpleasant experience with a government agency that may cause you to be prejudiced against the government?

4

34. Have you or any of your close family members ever been audited by the Internal Revenue Service?  If so:

   a. Do you feel that you (or they) were treated fairly by the Internal Revenue Service;

   b. Was there anything about this experience that would prejudice you either for or against the Government?

35. Have you or any members or your immediate family or close friends had any experience with the Internal Revenue Service or any other department of the Government which caused you to feel some resentment toward the Government?

36. Do you have any disagreement with the idea that every person is obligated to obey the income tax laws as well as all other laws of this country?

37. Do you hold any strong personal or philosophical feelings about the tax system of the United States?  If so, what are those feelings?

## BIAS  -  CASE SPECIFIC

38. Have you or any of your close family members ever applied for a United States Passport with the Department of State through the United States Postal Service?  If so:

5

        a.    Do you feel that you (or they) were treated fairly by the State Department and Postal Service;

        b.    What documentation did you provide in support of your passport application?

        C.    Was there anything about this experience that would prejudice you either for or against the Government?

39.    Have you or any members or your immediate family or close friends ever been denied a United States Passport by the Department of State?

40.    Has anyone ever traveled to Jamaica?  If so, what was the purpose of your visit?  Does anyone have friends or relatives living in Jamaica?

41.    Has anyone ever had a friend or relative visit them from Jamaica traveling to the United States on a "B2 VISA" ?  If so, what documentation was provided in support of a "B2 VISA" ?

42.    This case involves a false statement in application for a United States Passport; false claim to United States Citizenship and perjury.  Have any of you heard anything about this case from friends, relative or the news?  If so, what?

43.    If the government proves its case against the defendant
       beyond a reasonable doubt, will you be able to sit
       here, face her and declare her guilty?

### BIAS  -  GENERAL

44.    If you were in the position of the Assistant United
       States Attorney charged with the responsibility for
       prosecuting this case, do you know of any reason why
       you would not want to have this case tried by someone
       in your present frame of mind?

45.    Do each of you presently feel that you could listen to
       the evidence in this case and deliberate on a verdict
       with a completely open and impartial mind?

46.    Do any of you have any problems with your hearing,
       sight or any other medical problem which would impair
       your ability to devote full attention to this trial?

47.    Do any of you have problems with the English language
       which would impair your ability to serve as jurors?

48.    Is there anyone here who, for any reason whatsoever,
       does not want to be on the jury in this case?

49.    Conversely, is there anyone here who would prefer to
       serve on the jury in this case?

50.    Is there any matter pending in your life, about which
       you are so concerned, that it would prevent you from
       devoting your full, undivided attention to this trial?

51.   It is the jury's duty to judge guilt or innocence based
on the evidence; it is my duty as judge to determine
punishment if the defendant is found guilty.  The law
does not permit you to consider the issue of
punishment, because there are factors having nothing to
do with this trial that will determine lenience or
harshness.  Would you consider the issue of punishment
in your deliberations on the verdict?

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:   _____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.:  341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tele: (954)356-7255; Fax:356-7336

8

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the

foregoing was faxed this **7TH** day of **JULY, 2000** to:

Mr. Andre D. Pierre, Esq.
Attorney for Defendant Wong
6301 Biscayne Boulevard, Suite 101
Miami, FL 33138

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

9