**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6120-CR    DATE: July 10, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Raquel Carylann Michelle Libry

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Andre Pierre

REASON FOR HEARING: Jury Selection and Trial

RESULT OF HEARING: Jurors Selected and sworn. 1st Day of Trial. Opening Statements, Gnv't's Case in Chief. Gnv't Rests. Deft's motion for Judgment of acquittal. Deft's motion is Denied.

JUDGMENT: _____

CASE CONTINUED TO: 7/11/00    TIME: 9:00    FOR: Day 2

MISC: _____