**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6120-CR   DATE: July 11, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Raquel Cary Ann Michelle Wong

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Andre Pierre

REASON FOR HEARING: 2nd Day of Jury Trial

RESULT OF HEARING: Testimony by Raquel Cary Ann Michelle Wong. Dept Rests. Closing Arguments - Crts Instructions to Jury. Jury Deliberations Begin.

Verdict: Guilty as to

JUDGMENT: _____

CASE CONTINUED TO: 9/29   TIME: 10:30   FOR: _____

MISC: _____

