# United States District Court

**DISTRICT OF** Southern / Florida

United States of America
v.
Racquel Cary Ann Michelle Wong

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6120-CR

| | |
|---|---|
| PRESIDING JUDGE | William P. Dimitrouleas |
| PLAINTIFF'S ATTORNEY | Roger Powell |
| DEFENDANT'S ATTORNEY | Andre Pierre |
| COURT REPORTER | Anita LaRocca |
| COURTROOM DEPUTY | Amy Jordan |
| TRIAL DATE(S) | July 10, July 11 |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7/10/00 | | | Betty Bennett |
| ✓ | | 7/10/00 | | | Maria Paz |
| ✓ | | 7/10/00 | | | Melonie Gordon |
| ✓ | | 7/10/00 | | | Agent Paul Leonardi |
| ✓ | | 7/10/00 | | | Agent Christopher Gillis |
| | ✓ | 7/11/00 | | | Raquel Cary Ann Michelle Wong |
| ✓ | | 7/11/00 | | | Melonie Gordon |

(See attached exhibit list)

Page 1 of ___ Pages

| U.S. v. RAQUEL CARY ANN MICHELLE WONG | | | | | DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA | |
|---|---|---|---|---|---|---|
| U.S. GOVERNMENT'S ATTORNEY - AUSA Roger Powell | | | DEFENDANT'S ATTORNEY - Mr. Andre D. Pierre, Esq. Attorneys for Defendant Wong | | DOCKET NUMBER 00-6120-CR- DIMITOULEAS | |
| | | | | | TRIAL DATE(S) July 10, 2000 | |
| PRESIDING JUDGE - WILLIAM P. DIMITROULEAS | | | COURT REPORTER - Robert Ryckoff 954-769-5657 (7/11) | anita LaRocca (7/10) | COURTROOM DEPUTY- Karen Carlton Amy | |
| United States NO. | DEF. NO. | MARKED | Dated I.D. | Date Admit | DESCRIPTION OF EXHIBITS | Jordan |
| 1. | | ✓ | | 7/10/00 | DSP - 11 Application for U.S. Passport | |
| 2. | | ✓ | | 7/10/00 | U.S. Virgin Islands Birth Certificate - Raquel Cary-Ann Michelle Wong | |
| 4. | | ✓ | | 7/10/00 | Florida Driver License W520-721-74-645-0 -- Raquel Cary Ann Michelle Wong | |
| 3. | | ✓ | | 7/10/00 | Social Security Card 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 -- Raquel Cary Ann Michelle Wong | |
| 5. | | ✓ | | 7/10/00 | Sample document - true U.S Virgin Islands Certificate of Birth | |
| 6. | | ✓ | | 7/10/00 | INS RECORDS | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |

1