00-6120-CR-WPD
USA v. Raquel Cong aux Michelle Wong
Jury notes

JUL 11 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Judge Dimitrouleas,

We have reached a verdict.

Chairperson _Caleb A. Turner_