UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6120-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAQUEL CARY ANN MICHELLE WONG,

Defendant.
_______________________________/

L.C. ... S.D. OF FLA. FT. LAUD.

**VERDICT**

WE, THE JURY, FIND: the defendant Raquel Cary Ann Michelle Wong,

As to Count 1 GUILTY
GUILTY/NOT GUILTY

As to Count 2 GUILTY
GUILTY/NOT GUILTY

As to Count 3 GUILTY
GUILTY/NOT GUILTY

as charged in the Indictment.

So say we all.


FOREPERSON    7/11/2000 DATE



