# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

Case No. 00-6130-CR-WPD

vs.

Racquel Carry Ana Michelle Wing

Defendant(s)

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami    ☐ Ft. Lauderdale    ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All Gov't Exhibits
   _____
   _____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: A. W. Powell
PRINT NAME: R.W. Powell
AGENCY OF FIRM: AUSA Ft. Lauderdale
ADDRESS: _____
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED
BY: _____
   (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record