**CRIMINAL MINUTES**

FILED D.C.
SEP 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6120-CR-WPD    DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Frank    INTERPRETER: _____

UNITED STATES OF AMERICA vs. Racquel Cary Ann Michelle Wong

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Andre Pierre

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 1 year + 1 Day BOP, 3 years Supervised Release, No Fine, $300.00 assessment.

3 Counts Concurrent.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal

