UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
          Plaintiff, )
      ) Case No. 00-CR-6120
-vs- ) 00-6120-CR-Dimitrouleas
      )
Raquel Carey Ann Wang )  MOTION FOR DISBURSEMENT OF BOND
      Defendant )
_____ )

    Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Ian Robinson in the amount of $5,000.00 plus any accrued interest be refunded to:

_____
(Payee and Mailing Address for Check)

    The beneficiary's social security or tax identification number is as follows:

IAN B. RobiNSON
(Name of Beneficiary)

250 EAST 18 STReeT
(Address for mailing of Form 1099)

Hialeah   Florida   33010
(City)   (State)   (Zip)

595-4363-57
(SS or Tax Identification)

DEC 27 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

X _Ian Robinson_
(Petitioner or Attorney)

Consented to by: 12-21-00

_____, Assistant U.S. Attorney
ELIZABETH RUF STEIN

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Ft. Laud., Florida, this 27 day of December, A.D., 2000.

_____
UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney
      Petitioner/Counsel of Record
      Financial Deputy Clerk

AO82 (Rev. 4/90)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF FLORIDA**

225477

at _Miami_

RECEIVED FROM  IAN RObinson
5560 Washington St #C202
Hollywood, Fl 33021-0000
USA vs Raquel Cory Ann Wong

Fund SS# 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

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 5,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 5,000.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 00-2740-MG-O'Sullivan | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

SIT
00

Appearance Bond to be Invested

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 05/19/2000  Cash  Check  M.O.  Credit  DEPUTY CLERK _Judy Hamilton_